No. D–757. IN RE DISBARMENT OF SACCO. It is ordered that Anthony Joseph Sacco, of Timonium, Md., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.